UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 08-23474 |
|    SCOTT, JAMES A. and | ) | |
|    SCOTT, SUSANA M. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on February 21, 2012 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  January 27, 2012                By:  /s/ Richard M. Fogel
                                                                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SCOTT, JAMES A § Case No. 08-23474
SCOTT, SUSANA M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 30,727.84 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 30,727.84 |
| **Balance on hand:** | $ 30,727.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 30,727.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 3,822.78 | 0.00 | 3,822.78 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,822.78 |
| Remaining balance: | $ 26,905.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 26,905.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 26,905.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,961.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA,N.A | 321.70 | 0.00 | 135.32 |
| 3 | LVNV Funding LLC as assignee of Citibank | 7,516.45 | 0.00 | 3,161.77 |
| 4 | LVNV Funding LLC as assignee of Citibank | 10,865.65 | 0.00 | 4,570.59 |
| 5 | CR Evergreen, LLC | 977.50 | 0.00 | 411.18 |
| 6 | eCAST Settlement Corporation assignee of | 2,826.76 | 0.00 | 1,189.07 |
| 7 | eCAST Settlement Corporation assignee of | 8,655.76 | 0.00 | 3,641.01 |
| 8 | Roundup Funding, LLC | 444.96 | 0.00 | 187.17 |
| 9 | eCAST Settlement Corporation | 11,305.03 | 0.00 | 4,755.42 |
| 10 | eCAST Settlement Corporation | 15,545.50 | 0.00 | 6,539.15 |
| 12 | Forward Line | 5,501.97 | 0.00 | 2,314.38 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 26,905.06 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Case 08-23474    Doc 49    Filed 01/30/12    Entered 02/01/12 23:36:09    Desc Imaged
              Certificate of Notice    Page 4 of 7

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 08-23474-PSH
James A Scott                                                       Chapter 7
Susana M Scott
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: rmarola              Page 1 of 3                  Date Rcvd: Jan 30, 2012
                              Form ID: pdf006            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2012.
db/jdb        +James A Scott,   Susana M Scott,   1294 Pendleton Drive,   Lemont, IL 60439-8588
12581106      +ADT Security Services,   P.O. Box 96175,   Las Vegas, NV 89193-6175
12581107      +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
12581108      +Borla North & Associates, PC,   6912 S. Main Street,   Suite 200,   Downers Grove, IL 60516-3450
12581109       Capital One Bank USA NA,   P. O. Box 30281,   Salt Lake City, UT 84130-0281
12581111      +Chase Bank USA NA,   800 Brooksedge Boulevard,   Westerville, OH 43081-2822
12944159       Chase Bank USA NA,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
                Newark NJ 07193-5480
12679625      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12581112      +Chase/Bank One Card Services,   800 Brooksedge Boulevard,   Westerville, OH 43081-2822
12581113      +Citibank CBSD NA,   701 East 60th Street N,   Sioux Falls, SD 57104-0493
12581115      +Forward Line,   21700 Oxnard Blvd #1450,   Woodland Hills CA 91367-7581
12581117       Harris Trust & Savings,   P. O. Box 755,   Chicago, IL 60690-0755
12581118      +J.S. Paluch Company,   3708 River Road,   Suite 400,   Franklin Park, IL 60131-2158
12581131      +Town Center Partners, LLC,   800 Roosevelt Rd B-418,   Glen Ellyn, IL 60137-5855
12581133       Wachovia Mortgage FSB,   794 Davis Street,   San Leandro, CA 94577-6922
14159657       eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
12860507       eCAST Settlement Corporation assignee of,   Capital One Bank,   POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14884131       E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2012 03:02:35      CR Evergreen, LLC,
                MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12581110      +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2012 04:57:11      Care Credit/GEMB,
                P. O. Box 981439,   El Paso, TX 79998-1439
12819382       E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2012 04:57:12      GE Consumer Finance,
                For GE Money Bank,    dba CARE CREDIT/GEMB,   PO Box 960061,   Orlando FL 32896-0661
12581116      +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2012 04:57:11      GEMB/Sam’s Club,   P. O. Box 981400,
                El Paso, TX 79998-1400
12581119      +E-mail/PDF: cr-bankruptcy@kohls.com Jan 31 2012 04:57:46       Kohls/Chase,
                N56W17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
12809483       E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2012 03:02:35
                LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12581128      +E-mail/Text: bankrup@nicor.com Jan 31 2012 03:02:43      Nicor Gas,   P.O. box 416,
                Aurora, IL 60568-0001
12581129      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2012 03:06:03      Quest Diagnostics,
                c/o Credit Collection Services,   Two Wells Avenue, Dept 587,   Newton Center, MA 02459-3208
12909663       E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2012 03:02:35      Roundup Funding, LLC,
                MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12581132      +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jan 31 2012 03:40:45      Village of Lemont,
                c/o Northwest Collectors,   3601 Algonquin Road, Suite 232,   Rolling Meadows, IL 60008-3106
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12581120       Maurice Alan Salon
12581121       Maurice Alan Salon
12581122       Maurice Alan Salon
12581123       Maurice Alan Salon
12581124       Maurice Alan Salon
12581125       Maurice Alan Salon
12581126       Maurice Alan Salon
12581127       Maurice Alan Salon
12944160*      Chase Bank USA NA,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
                Newark NJ 07193-5480
12581114*     +Citibank CBSD NA,   701 East 60th Street N,   Sioux Falls, SD 57104-0493
12860508*      eCAST Settlement Corporation assignee of,   Capital One Bank,   POB 35480,   Newark NJ 07193-5480
12581130     ##+The Wella Corporation,   P.o. Box 30699,   Los Angeles, CA 90030-0699
                                                                                 TOTALS: 8, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: rmarola            Page 2 of 3              Date Rcvd: Jan 30, 2012
                              Form ID: pdf006          Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: rmarola              Page 3 of 3               Date Rcvd: Jan 30, 2012
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
          David P Lloyd    on behalf of Debtor James Scott dlloyd@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
                                                               TOTAL: 3