**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SCOTT, JAMES A                                        § Case No. 08-23474
       SCOTT, SUSANA M                                       §
                                                             §
Debtor(s)                                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $542,625.00    *(without deducting any secured claims)* | Assets Exempt:  $192,625.00 |
| Total Distribution to Claimants: $26,905.35 | Claims Discharged Without Payment:  $43,190.09 |
| Total Expenses of Administration:  $3,822.78 | |

　　　3) Total gross receipts of $   30,728.13   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $30,728.13 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $411,245.00 | $11,003.94 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,822.81 | 3,822.78 | 3,822.78 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,348.13 | 63,961.28 | 63,961.28 | 26,905.35 |
| **TOTAL DISBURSEMENTS** | $474,593.13 | $78,788.03 | $67,784.06 | $30,728.13 |

    4) This case was originally filed under Chapter 7 on September 05, 2008. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2012          By: /s/RICHARD M. FOGEL
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other contingent and unliquidated claims of ever | 1129-000 | 30,727.84 |
| Interest Income | 1270-000 | 0.29 |
| **TOTAL GROSS RECEIPTS** | | **$30,728.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Forward Line | 4210-000 | N/A | 5,501.97 | 0.00 | 0.00 |
| 11 | Forward Line | 4210-000 | N/A | 5,501.97 | 0.00 | 0.00 |
| NOTFILED | Wachovia Mortgage FSB | 4110-000 | 282,919.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Trust & Savings | 4110-000 | 128,326.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$411,245.00** | **$11,003.94** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 3,822.81 | 3,822.78 | 3,822.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,822.81 | 3,822.78 | 3,822.78 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA,N.A | 7100-900 | N/A | 321.70 | 321.70 | 135.32 |
| 3 | LVNV Funding LLC as assignee of Citibank | 7100-900 | 7,162.00 | 7,516.45 | 7,516.45 | 3,161.80 |
| 4 | LVNV Funding LLC as assignee of Citibank | 7100-900 | 10,260.00 | 10,865.65 | 10,865.65 | 4,570.64 |
| 5 | CR Evergreen, LLC | 7100-900 | N/A | 977.50 | 977.50 | 411.19 |
| 6 | eCAST Settlement Corporation assignee of | 7100-900 | N/A | 2,826.76 | 2,826.76 | 1,189.08 |
| 7 | eCAST Settlement Corporation assignee of | 7100-900 | 8,066.00 | 8,655.76 | 8,655.76 | 3,641.05 |
| 8 | Roundup Funding, LLC | 7100-900 | 410.00 | 444.96 | 444.96 | 187.17 |
| 9 | eCAST Settlement Corporation | 7100-900 | 10,730.00 | 11,305.03 | 11,305.03 | 4,755.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | eCAST Settlement Corporation | 7100-900 | 15,084.00 | 15,545.50 | 15,545.50 | 6,539.22 |
| 12 | Forward Line | 7100-000 | 5,501.97 | 5,501.97 | 5,501.97 | 2,314.41 |
| NOTFILED | Care Credit/GEMB | 7100-000 | 898.00 | N/A | N/A | 0.00 |
| NOTFILED | J.S. Paluch Company | 7100-000 | 207.69 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 339.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 75.30 | N/A | N/A | 0.00 |
| NOTFILED | Town Center Partners, LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Lemont c/o Northwest Collectors | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | The Wella Corporation | 7100-000 | 401.23 | N/A | N/A | 0.00 |
| NOTFILED | Borla North & Associates, PC | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics c/o Credit Collection Services | 7100-000 | 95.80 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 512.81 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 304.33 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 63,348.13 | 63,961.28 | 63,961.28 | 26,905.35 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-23474  
**Case Name:** SCOTT, JAMES A  
SCOTT, SUSANA M  
**Period Ending:** 04/03/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/29/10 (c)  
**§341(a) Meeting Date:** 08/27/10  
**Claims Bar Date:** 12/03/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Debtors' Residence: 1294 Pendleton Drive, Lemont  Orig. Asset Memo: Imported from original petition Doc# 1 | 380,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2  Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 3  Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 4  Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 5  Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6  Household goods and furnishings, including audio  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7  Wearing apparel.  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 8  Firearms and sports, photographic and other hobb  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 9  Interests in insurance policies. Name insurance  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10  Interests in IRA, ERISA, Keogh, or other pension  Orig. Asset Memo: Imported from original petition Doc# 1 | 148,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11  Stock and interests in incorporated and unincorp  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12  Other contingent and unliquidated claims of ever | Unknown | Unknown | | 30,727.84 | FA |

Printed: 04/03/2012 08:26 AM   V.12.57

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-23474  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** SCOTT, JAMES A  **Filed (f) or Converted (c):** 07/29/10 (c)
SCOTT, SUSANA M  **§341(a) Meeting Date:** 08/27/10
**Period Ending:** 04/03/12  **Claims Bar Date:** 12/03/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Automobiles, trucks, trailers and other vehicles  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,900.00 | 0.00 | DA | 0.00 | 0.00 |
| 14 | Automobiles, trucks, trailers and other vehicles  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,625.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Automobiles, trucks, trailers and other vehicles  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.29 | FA |
| 16 | Assets  Totals (Excluding unknown values) | **$542,625.00** | **$0.00** | | **$30,728.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

Monitor wrongful death action/implementation of proposed settlement. Payment expected 2/1/12

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** January 27, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 08-23474 |
| **Case Name:** | SCOTT, JAMES A |
| | SCOTT, SUSANA M |
| **Taxpayer ID #:** | **-***3502 |
| **Period Ending:** | 04/03/12 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******53-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/11 | {12} | CLIFFORD LAW OFFICES | Debtor's share of judgment proceeds from City of Blue Island, Illinois | 1129-000 | 30,727.84 | | 30,727.84 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 30,727.87 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 30,728.13 |
| 02/22/12 | 1001 | RICHARD M. FOGEL | Dividend paid 100.00% on $3,822.78, Trustee Compensation; Reference: | 2100-000 | | 3,822.78 | 26,905.35 |
| 02/22/12 | 1002 | Chase Bank USA,N.A | 42.06% dividend on Claim # 2, Ref: | 7100-900 | | 135.32 | 26,770.03 |
| 02/22/12 | 1003 | LVNV Funding LLC as assignee of Citibank | 42.06% dividend on Claim # 3, Ref: XXXX-XXXX-XXXX-9404 | 7100-900 | | 3,161.80 | 23,608.23 |
| 02/22/12 | 1004 | LVNV Funding LLC as assignee of Citibank | 42.06% dividend on Claim # 4, Ref: XXXX-XXXX-XXXX-4377 | 7100-900 | | 4,570.64 | 19,037.59 |
| 02/22/12 | 1005 | CR Evergreen, LLC | 42.06% dividend on Claim # 5, Ref: | 7100-900 | | 411.19 | 18,626.40 |
| 02/22/12 | 1006 | eCAST Settlement Corporation assignee of | 42.06% dividend on Claim # 6, Ref: | 7100-900 | | 1,189.08 | 17,437.32 |
| 02/22/12 | 1007 | eCAST Settlement Corporation assignee of | 42.06% dividend on Claim # 7, Ref: | 7100-900 | | 3,641.05 | 13,796.27 |
| 02/22/12 | 1008 | Roundup Funding, LLC | 42.06% dividend on Claim # 8, Ref: XXXXXXXXXXXX7322 | 7100-900 | | 187.17 | 13,609.10 |
| 02/22/12 | 1009 | eCAST Settlement Corporation | 42.06% dividend on Claim # 9, Ref: XXXX-XXXX-XXXX-3665 | 7100-900 | | 4,755.47 | 8,853.63 |
| 02/22/12 | 1010 | eCAST Settlement Corporation | 42.06% dividend on Claim # 10, Ref: XXXX-XXXX-XXXX-3798 | 7100-900 | | 6,539.22 | 2,314.41 |
| 02/22/12 | 1011 | Forward Line | 42.06% dividend on Claim # 12, Ref: | 7100-000 | | 2,314.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,728.13 | 30,728.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,728.13 | 30,728.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,728.13** | **$30,728.13** | |

{} Asset reference(s)

Printed: 04/03/2012 08:26 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-23474 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | SCOTT, JAMES A | | **Bank Name:** | The Bank of New York Mellon |
| | SCOTT, SUSANA M | | **Account:** | 9200-******53-65 - Checking Account |
| **Taxpayer ID #:** | **-***3502 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/03/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******53-65** | 30,728.13 | 30,728.13 | 0.00 |
| | $30,728.13 | $30,728.13 | $0.00 |

{} Asset reference(s)

Printed: 04/03/2012 08:26 AM  V.12.57